IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br> v.<br><br>WOODLAND DIAGNOSTIC IMAGING, LLC, ALLIANCE HEALTHCARE SERVICES, INC., ALLIANCE HEALTHCARE, INC., ALLIANCE HEALTHCARE, LLC, and JOHN DOES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:15-CV-02673<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF VOLUNARY DISMISSAL OF CERTAIN DEFENDANTS**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff, SANDUSKY WELLNESS CENTER, LLC,  hereby dismisses Defendants, ALLIANCE HEALTHCARE, INC. and ALLIANCE HEALTHCARE, LLC, without prejudice.

       Respectfully submitted,

       SANDUSKY WELLNESS CENTER, LLC,
       individually and as the representative of a class of
       similarly-situated persons

       By: s/Brian J. Wanca
         Brian J. Wanca

       ANDERSON + WANCA
       3701 Algonquin Road, Suite 500
       Rolling Meadows, IL  60008
       Telephone:  847-368-1500
       Fax:  847-368-1501

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

              /s/ Brian J. Wanca
               Brian J. Wanca